No. 71–934.   DUBELKO v. DUBELKO.   Sup. Ct. Ohio. Certiorari denied.

No. 71–948.   GIPE, GUARDIAN v. DEMPSEY ET AL. C. A. 9th Cir.   Certiorari denied.

No. 71–955.   CRIM, AKA MILLER v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 71–958.   AKTIEBOLAGET FLYMO ET AL. v. CODY ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 71–961.   ROBERTS ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.

No. 71–967.   WAHL ET AL. v. CARRIER MANUFACTURING Co., INC.   C. A. 7th Cir.   Certiorari denied.

No. 71–985.   MAURICE A. GARBELL, INC., ET AL. v. HAUK, U. S. DISTRICT JUDGE (BOEING CO. ET AL., REAL PARTIES IN INTEREST).   C. A. 9th Cir.   Certiorari denied.

No. 71–987.   MOODY v. MOODY.   Ct. Civ. App. Tex., 13th Sup. Jud. Dist.   Certiorari denied.

No. 71–989.   BROWN v. MICHIGAN DEPARTMENT OF MILITARY AFFAIRS.   Sup. Ct. Mich.   Certiorari denied.

No. 71–1053.   JAMIESON v. AMERICAN NATIONAL SAFE DEPOSIT CO. ET AL.   App. Ct. Ill., 1st Jud. Dist.   Certiorari denied.

No. 71–5442.   HAYS v. KENTUCKY.   Ct. App. Ky. Certiorari denied.